BANKRUPTCY TRANSMITTAL SHEET

DATE:   October 28, 2016

TO:     Jessica L. Lyublanovits, Clerk, U.S. District Court

FROM:   Traci Abrams, Clerk, U.S. Bankruptcy Court - KKS

The following bankruptcy matter(s) is (are) transmitted to your court for disposition:

Bkcy Case    No.: 12-10462

Case Name:   Matthew Bruce Hintze, Larina K. Hintze

_____    Motion to withdraw reference (assign civil case number)

**XX**_____    **Appeal (assign civil case number)**

_____    Transfers/certification of matter for determination by district judge (assign miscellaneous case number)

_____    Recusal (assign judge only, no case number)

_____    Other (e.g., adversary proceedings, R&R's - assign judge only, no case number)

_____    Motion for Leave to Appeal

RELATED CASES ALREADY ASSIGNED DISTRICT JUDGE: ____

Case No(s).: ____

Names and addresses of all parties/counsel of record:

| **Christopher M. James** c/o Ryan E. Davis, Esq. Winderweedle, Haines, Ward & Woodman, PA P.O. Box 1391 Orlando, FL 32802-1391 4074234246 | FLH Holdings of Florida, LLC Rogers Towers, P.A. c/o Betsy C. Cox, Atty. 1301 Riverplace Blvd., Suite 1500 Jacksonville, FL 32207 (904) 398-3911 (904) 396-0663 (fax) | Theresa M. Bender P.O. Box 14557 Tallahassee, FL 32317 850-205-7777 tmbenderch7@yahoo.com |
|---|---|---|
| **John & Sheila Spence** c/o **Robert Drake Wilcox** Wilcox Law Firm 814 A1A North Suite 202 | InterMed Biomedical Services, Inc. **c/o Robert Drake Wilcox** Wilcox Law Firm 814 A1A North | David Whitney c/o Robert Drake Wilcox Wilcox Law Firm 814 A1A North Suite 202 |

| Ponte Vedra Beach, FL 32082<br>904-405-1248 | Suite 202<br>Ponte Vedra Beach, FL 32082<br>904-405-1248 | Ponte Vedra Beach, FL 32082<br>904-405-1248 |
|---|---|---|
| | | |
| | | |

ASSIGNMENT BY CLERK OF DISTRICT COURT:

_____    Assigned to Judge _____ as Civil Case No. \_\_\_

_____    Assigned to Judge _____ as Misc. Case No. \_\_\_

**PLEASE TAKE NOTE THAT THE FOLLOWING DOCKET ENTRIES ARE PAPERLESS.**