## SUPPLEMENTAL BANKRUPTCY TRANSMITTAL SHEET

DATE:   December 8, 2016

TO:     Jessica L. Lyublanovits, Clerk, U.S. District Court
FROM:   Traci Abrams, Clerk, U.S. Bankruptcy Court - KKS

The following bankruptcy matter(s) is (are) transmitted to your court for disposition:

Bkcy   Case No.: 12-10462
Case Name:   Matthew Bruce Hintze, Larina K. Hintze

_____   Motion to withdraw reference (assign civil case number)

_____   Appeal (assign civil case number)

_____   Transfers/certification of matter for determination by district judge (assign miscellaneous case number)

_____   Recusal (assign judge only, no case number)

_____   Other (e.g., adversary proceedings, R&R's - assign judge only, no case number)

**\_\_\_XX\_\_\_\_   Supplemental Documents** (Appellant's Designation of Record and Appellee's Designation of Record for Appeal # 1:16cv333-MP-GRJ)

_____   Motion for Leave to Appeal

RELATED CASES ALREADY ASSIGNED DISTRICT JUDGE:   **Gary R. Jones**

Case No(s).:   **1:16cv333-MP-GRJ**

Names and addresses of all parties/counsel of record:

| **Christopher M. James** c/o Ryan E. Davis, Esq. Winderweedle, Haines, Ward & Woodman, PA P.O. Box 1391 Orlando, FL 32802-1391 4074234246 | **FLH Holdings of Florida, LLC** Rogers Towers, P.A. c/o Betsy C. Cox, Atty. 1301 Riverplace Blvd., Suite 1500 Jacksonville, FL 32207 (904) 398-3911 (904) 396-0663 (fax) | **Theresa M. Bender** P.O. Box 14557 Tallahassee, FL 32317 850-205-7777 tmbenderch7@yahoo.com |
|---|---|---|
| **John & Sheila Spence** c/o **Robert Drake Wilcox** | **InterMed Biomedical Services, Inc.** | **David Whitney** c/o Robert Drake Wilcox |

| Wilcox Law Firm<br>814 AIA North<br>Suite 202<br>Ponte Vedra Beach, FL 32082<br>904-405-1248 | **c/o Robert Drake Wilcox**<br>Wilcox Law Firm 814 AIA North<br>Suite 202<br>Ponte Vedra Beach, FL 32082<br>904-405-1248 | Wilcox Law Firm 814 AIA North<br>Suite 202<br>Ponte Vedra Beach, FL 32082<br>904-405-1248 |
|---|---|---|

ASSIGNMENT BY CLERK OF DISTRICT COURT:

\_\_\_\_\_   Assigned to Judge _____ as Civil Case No. \_\_\_\_

\_\_\_\_\_   Assigned to Judge _____ as Misc. Case No. \_\_\_\_

**PLEASE TAKE NOTE THAT THE FOLLOWING DOCKET ENTRIES ARE PAPERLESS.**

Case No. 12-10462 Docket no. 576

Case No. 12-10462 Docket no. 582

Case No. 12-10462 Docket no. 644

Case No. 13-01007 Docket no. 865